944

No. 1282. ROMANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* and *Jerome Lewis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1303. CITY OF NEW ORLEANS ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Alvin J. Liska* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for the United States, and *Eugene D. Saunders* and *David J. Conroy* for Chrysler Corp., respondents.

No. 1304. IN RE BRAUER. Sup. Ct. N. J. Certiorari denied. *Abraham Glasser* for petitioner. *Arthur J. Sills,* Attorney General of New Jersey, and *Richard Newman,* Deputy Attorney General, for Supreme Court of New Jersey.

No. 1306. FENTON v. A/S GLITTRE ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *J. Ward O'Neill* for respondent A/S Glittre.

No. 1307. DALE BOAT YARDS, INC. v. SZUMSKI. Sup. Ct. N. J. Certiorari denied. *Edward B. Meredith* for petitioner. *Herman M. Wilson* for respondent.

No. 1370. GOLAY & CO., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *William E. Roberts* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.